USDC SCAN INDEX SHEET









OKIMURA

AGUNDEZ

JRB
3:96-CV-01785
*1*
*CMP.*



1   Judy Ann; Okimura, Citizen In Party
2   Fourth Judicial District
    General Delivery
3   El Cajon, California republic

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF CALIFORNIA
10

11  Judy Ann; Okimura and Ricki Lynn;   )Incorporated Case Number '96 1785 K LSP
    Bender                              )
12      Citizens In Party/Plaintiffs    )COMPLAINT
                                        )
13  vs.                                 )      
                                        )
14  Richard Agundez, Tom Michel, D.     )MOTION: PURSUANT TO FRCP RULE 38(a)
    Gentry, Fred Morrison, Terry        )NOTICE: THIS CASE IS UNDER JURISDICITON
15  Broaddock, Robert Moreau, Bob       )OF THE AMERICAN FREE FLAG OF PEACE (TITLE
    Beeman, Joan Shoemaker, Dick Ramos, )4 USCA 1) OF THE united STATES OF AMERICA
16  Todd Keegan, Mark Lewis, Bob        )NO MARITIME JURISDICTION WILL BE ALLOWED
    Mc Clellan, Gale L. Acker, Duncan   )IN THE JURISDICATION OF THE CASE NUMBER
17  Hunter, Larry Brainard, Gary S.     )Army Reg 840-10-2-1
18  Block, Sally Reed, and Ron Fionca   )
        Defendants                      )
19                                      )SUING DAMAGES $ 8,000,000.00
                                        )
20  DOES # 11 - 99                      )
        Defendants                      )
21  _____)Demand for Jury Trial

22

23      I. VERIFICATION

24      Citizens In Party/Plaintiffs above, Judy Ann; Okimura, and Ricki Lynn;

25  Bender declare that Citizens In Party/Plaintiffs have first-hand knowledge of

26  the facts, and being competent to testify, affirm that the facts stated herein

27  by  your  Affiants  are  true,  correct,  and  materially  complete,  not

28

                                    1

misrepresented, and that your Affiants will tell the truth under the tenets of Matthew 5:33-37 and James 5:12, should your Affiants herein be called to testify.

Judy Ann; Okimura                    Ricki Lynn; Bender

_____Witness       _____Witness

Abbreviations:

       FRCP = Federal Rules of Civil Procedure

       USCA = United States Code Annotated

       USCS = United States Code Service

       AUSC = Amendment United States Constitution

       USDC = United States District Court

       CVC = California Vehicle Code

       CCP = Code Civil Procedure (California)

       CPC = California Penal Code

II. CASE INCORPORATION

1)   Definition of "Case Incorporation": (1) the formation of a legal body, with the quality of perpetual existence and succession; (2) consisting of an association of numerous individuals; (3) matters relating to the common purpose of the association, within the scope of the powers and authorities conferred upon such bodies with the quality of perpetual existence and

successors.   In civil law, the union of one domain to another (Reference

Black's Law Dictionary 5th edition, page 690).   Case incorporation will

establish the legal bounds of the members of this lawful assembly to solve a

specific "Case Number" and the issues in motion.

2)   This Incorporated case is defined to be a Trial by Jury, pursuant to FRCP

Rule 38 and 9(b).  Dispositive motions filed in this case are fraud upon the

court and the plaintiff, and will give rise to FRCP Rule 12(b)(7)(6)(2)(1), as

to those dispositive motions.   Parties who sign and file into this

Incorporated case, any dispositive motions, will be in violation of FRCP Rule

11, and will be incorporating themselves as parties in a conspiracy to the

crimes and violations defined in this complaint.  Citizens In Party/Plaintiffs

incorporate into case number 96- 1785 K LSP        , proper usage of

Citizens In Party/Plaintiffs's Christian appellations in upper and lower case

letters, and utilization of Citizens In Party/Plaintiffs's mailing location

exactly as written herein.   Use of terms such as pro per or pro se, or any

other designation other than Citizens In Party, is a fraud upon the court,

pursuant to FRCP Rule 9(b), and is subject to 12(b)(6), failure to state a

claim upon which relief can be granted.   Further, all service is good service

within this Incorporated Case, pursuant to Supreme Court Rule 801.10.

Further, Incorporated case number 96- 1785 K LSP       shall be immune

from motions asking for determinations `with prejudice'.  For purposes of this

incorporated case, `prejudice' shall be defined as: `Discrimination' - A

failure to treat all persons equally where no reasonable distinction can be

3

found between those favored and those not favored. Ref. Baker v Cal. Land
Title Co. D.C. Cal 349, 23 Fed.Supp. 238, 239, Title VII of 1964 Civil Rights
Act. Also, reference Title 42 Section 1983, Note 3133.

3)   Defendants herein knew the Constitution of the united States, and of the
Constitution of the State of California, having incorporated and received
their charter under oath to obey said laws, and, knowing said laws were
correct, acted in concert outside those laws, via the following acts, of which
Citizens In Party/Plaintiffs alleges and accuses Defendants.

III. Facts of Defendants

4)   Defendants Michel and Agundez arrested Citizens In Party/Plaintiffs
without a 4th amendment warrant signed by a judge of oath and affirmation,
kidnapped and arrested Citizens In Party/Plaintiffs with armed force without
probable cause, or an indictment or presentment from a jury of Citizens In
Party/Plaintiffs's peers.   Said arrest was not a de minimus violation of
Citizens In Party/Plaintiffs' Constitutionally-protected 4th Amendement rights
against unlawful search and seizure. Defendants Lungren, Agundez, Michel,
Morrison, Broaddock, Moreau, Beeman, Shoemaker, Ramos, Keegan, Lewis, Mc
Clellan, Acker, Hunter, Block were served with Notices of Fraud, Refusals for
Cause and requests for an Administrative Hearing, and at the time of the
writing of complaint # 96- 1785 K LSP       , have failed to step in to
prevent the felony seizure of Citizens In Party/Plaintiffs and Citizen In
Party/Plaintiffs' private property automobile. Citizens In Party/Plaintiffs
were deprived of liberty and due process interests protected by the united

1  States Constitution. See Exhibits A, B, and C, the notices provided to

2  defendants herein, which were ignored, resulting in perjury of oath of office

3  for all defendants named herein.

4

5  5)  Defendants Michel,Agundez,seized Citizens In Party/Plaintiffs's property

6  without a warrant.  Defendants were served with Notices of fraud, Refusals for

7  Cause and demands for the return of Citizens In Party/Plaintiffs' private

8  property and at the time of the writing of complaint # 96 1785 K LSP ,

9  have failed to step in to prevent the felony seizure of Citizens In

10 Party/Plaintiffs! private property automobile.

11

12 6)  Defendants Larry Brainard, Presiding Judge of the Municipal Court of El

13 Cajon and Gary S. Bloch, Commissioner of the Traffic Court of the Municipal

14 Court of El Cajon, coerced Citizens In Party/ Plaintiffs into the

15 admiralty/maritime jurisdiction under the gold fringe flag, with the gold

16 braid, and a gold eagle or gold spear or gold ball, atop the flag pole, in

17 spite of Citizens In Party/Plaintiffs challenging said jurisdiction via ex-

18 patriation which act was executed on or about April 1, 1996 for Citizen In

19 Party/Plaintiff Okimura, and on or about June 20, 1996 for Citizen In

20 Party/Plaintiff Bender.  At the time of the writing of complaint #96-

21

22 1785 K LSP all defendants named herein have failed to step in to prevent

23 the felony committed against Citizens In Party/Plaintiffs.

24 7)  Defendants Agundez and Michel violated Citizens In Party/Plaintiffs'

25 property and rights, extorting them from Citizens, when Michel violated State

26 law regarding administrative hearing for the return of Citizens In

27

28

1    requirement that Citizens In Party/Plaintiffs provide evidence against

2    themselves. Defendants Larry Brainard and Bloch demanded that Citizens In

3

4    Party/Plaintiffs identify themselves by reporting in to the court clerk, thus

5    providing Citizens In Party/Plaintiffs' names to the court, which evidence

6    would then later be used against themselves. Citizens In Party/Plaintiffs

7    were present in the common law section, under the flag of peace, with a

8    witness attesting to the presence of Citizens In Party/Plaintiff, awaiting the

9    conduction of an arraignment before a magistrate. Defendant Bloch, not a

10   magistrate, failed to call the matter, failed to have Citizens In

11   Party/Plaintiffs identified, failed to read Citizens In Party/Plaintiffs the

12

13   charges, failed to inform Citizens In Party/Plaintiffs of Citizens In

14   Party/Plaintiffs rights, including the right to counsel at all stages of the

15   proceedings, then proceeded to issue warrants for the arrest of Citizens In

16   Party/Plaintiffs without joining the parties, without probable cause, and

17

18   without establishing a jurisdiction which would guarantee that all of Citizens

19   In Party/Plaintiffs' rights would be protected. Defendant Bloch set Bloch's

20   courtroom with the admiralty/maritime flag, wherein Citizens In Party/

21   Plaintiffs were considered guilty until proven innocent, while Citizens In

22   Party/Plaintiff sat in the jurisdiction under the Title 4 USCA § 1 flag of

23   peace, indicating Defendant Bloch issued an order for a warrant of arrest

24   while under two distinct jurisdictions, as no joinder had occurred. Said

25   system coercing Citizens In Party/ Plaintiffs to provide the court clerk with

26   the name before the magistrate agreed to call the matter lies as prima facie

27

28

evidence that the court clerk, the bailiff, the presiding judge, the absent magistrate and the commissioner attempted to extort information from Citizens In Party/Plaintiffs, and extorted Citizens In Party/Plaintiffs Constitutionally-protected right to be free from government asking incriminating questions. Reference 5th AUSC.

11) Defendants violated Citizens In Party/Plaintiffs' right to ex-partriate by failing to extradite Citizens In Party/Plaintiffs' from Citizens In Party/Plaintiffs' jurisdiction and venue into defendants jurisdiction and venue, when defendants were provided with notice by Citizens In Party/Plaintiffs of Citizens In Party/Plaintiffs ex-patriation. Defendants failed to establish the elements of the alleged crime, creating an estoppel against proceeding, which defendants ignored to the harm of Citizens In Party/Plaintiffs.

IV. Statement of Facts

12) The acts committed at this point in time, to the Citizens In Party/Plaintiffs titled above in the State of California, of the united States of America, are under the collusion section, i.e., Title 28 USCA Chapter 35, § 1359 of the admiralty, maritime, and administration jurisdiction supported band. This type of flag is described in the Army Regulation 1979 October, Section 840-10-Ch 2-1(a)(b), flag of war under the War Powers act of 1917 and 1933 by then-president Roosevelt. That court was an Article One (1) jurisdictional court, i.e., guilty until proven innocent, War Powers Act.

13) The right to a common law court under the 7th amendment shall be

preserved under the states' constitutions, the Constitution of the united States of America, and describes the jurisdiction of the court by the American flag of peace, under Title 4 United States Code One (1). Said flag is described as red, white and blue with a star to represent each state of the union on a field of blue, and stripes of red and white horizontally placed in alternation. Under the jurisdiction of the American Flag of Peace, the united States Constitution is alive and well and all rights are preserved. People are innocent until proven guilty. The jurisdiction of the `American Flag' is the determining factor upon which all citizens' rights are determined.

14) Citizens In Party/Plaintiffs accuses the defendants titled above with Title 42 USCA 1986 action for neglect to prevent: for knowledge of the law and neglect to stop and correct a wrong. Every citizen who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses to do so, if such wrongful acts be committed, shall be liable to the party injured, or citizen's legal representatives, for all damages caused by such wrongful act, which such party by reasonable diligence could have prevented, and any number of citizens guilty of such wrongful neglect or refusal may be joined as defendants in the action. Give rise to a cause of action and u.S. Constitutional violations.

15) Citizens In Party/Plaintiffs state: violation of Citizens In Party/ Plaintiffs' Article 1st AUSC rights which prohibits the free exercise of religion. Citizens In Party/Plaintiffs may not adhere to laws which interfere

with Citizens In Party's prohibition against worshipping false gods or idols. Cause of action: officers of the court gives rise to an action under Title 42 USCA 1986 for `knowledge' and `neglect' and `perjury of oath' under Title 18 USCA 1621, as the officers swore to defend and protect the citizens of the State, then with want of care, violated that oath and were enriched by the State for their actions to violate a citizen's rights 4th Amendment: "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof..."

16) Citizens In Party/Plaintiffs state: no 4th Amendment warrant, signed by a judge of `oath and affirmation', was ever presented to the Citizens In Party /Plaintiffs with a signature upon the arrest and restraint of Citizens In Party's liberty and the seizure of Citizens In Party's property.   Cause of action: officers of the court gives rise to an action under Title 42 USCA 1986 for `knowledge' and `neglect' and `perjury of oath' under Title 18 USCA 1621, as the officers swore to defend and protect the citizens of the State, then with want of care, violated that oath and were enriched by the State for their actions to violate a citizen's rights.

4th Amendment: "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the citizens or things to be seized."

17) Citizens In Party/Plaintiffs was denied right to `due process' under the

1  5th Amendment USC.  Cause of action: no due process of the law in "right to

2  trial, pursuant to FRCP Rule   38, held to answer without indictment or

3

4  presentment of a Grand Jury; deprived of liberty without due process. FRCP

5  Rule 38 and 7th AUSC.

6  5th Amendment: "No citizen shall be held to answer for a capital or otherwise

7  infamous crime, unless on a presentment or indictment of a Grand Jury, except

8  in cases arising in the land or naval forces, or in the Militia, when in

9

10  actual service in time of War or public danger; nor shall any citizen be

11  subject for the same offence to be twice put in jeopardy of life or limb; nor

12  shall any citizen be compelled in any criminal case to be witness against

13  himself, nor be deprived of life, liberty, or property without due process of

14  law; nor shall private property be taken for public use, without just

15  compensation." __

16  18) Citizens In Party/Plaintiffs were, under the 6th A.U.S.C., denied right

17  to face Citizens In Party/Plaintiffs's accusers, be informed of the nature and

18  cause of the accusation; be confronted with witnesses against Citizens In

19  Party/Plaintiffs, have compulsory process in obtaining witnesses in Citizens

20  In Party/Plaintiffs's favor, have the assistance of Counsel, and be extradited

21  from Citizens In Party/Plaintiffs's district to the purported district where

22  the crime shall have been committed.

23  6th Amendment: "In all criminal prosecutions, the accused shall enjoy the

24  right to a speedy and public trial, by an impartial jury of the State and

25  district wherein the crime shall have been committed, which district shall

26

27

28

have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense."

19) Citizens In Party/Plaintiffs were denied, under the 7th A.U.S.C., the right to a fair trial.  Cause of action: no trial or hearing has been conducted under Article Three of the united States Constitution and Title 4 USCA 1 American Flag, and 5th AUSC Due Process, within the designated time and place to be present.

7th Amendment: "In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any Court of the United States, than according to the rules of the common law."

20) Cause of action: Citizens In Party/Plaintiffs were denied Citizens In Party/Plaintiffs' u.S. Constitutional rights under the equal protection of the law and due process of the law under the 14th A.U.S.C.

14th Amendment, Article "I": No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the U.S., nor shall any State deprive any citizen of life liberty, or property, without due process of the law, nor to any citizen the equal protection of the law."

21) Citizens In Party/Plaintiffs accuse defendants of initiating, participating in, condoning, conducting, directing and watching others issue or conduct false warrant, unlawful searches, illegal seizures of body and

12

property, and make threats and intimidations incorporating lies, false swearing, and falsified reports and documents, use excessive force and coercion to bring Citizens In Party/Plaintiffs into an improper jurisdiction, issue rulings and/or orders without jurisdiction and joinder of parties while under two distinct jurisdictions, and commit subornation of perjury. FRCP Rule 19 = Joinder of persons needed for just adjudication.  Cause of action: Title 28, Ch 85, USC I359.

22) Citizens In Party/Plaintiffs accuse: Title 42 USC 1985 = (1) conspiracy to interfere with civil rights: an organized conspiracy to commit the crimes of extortion or coercion, or attempt to commit extortion or coercion.  The fear which constitutes the legally necessary element in extortion is induced by oral or written threats to do an unlawful injury to the liberty or property of the threatened citizen, by means of either threat, expressed or demanding, soliciting or receiving or implied that the citizen so demanding, soliciting, or receiving such thing of value will cause the competition of the citizen from whom the payment is demanded, solicited, or received to be diminished or eliminated.

23) Cause of action: violation of rights by officers of the court and maintaining silence while Citizens In Party/Plaintiffs have Citizens' rights violated, without cause or indictment, for falsified charges, gives rise to a cause of action pursuant to Title 18 USCA 4, misprision of felony: whoever, having knowledge of the actual commission of a felony `cognizable' by a court of the united states, shall be fined under this title or imprisoned not more

than three years, or both.  Note:  Applies to all officers of the court who have knowledge of the wrong committed in violation of the U.S. Constitutional rights.  NOTE DEFINITION: Cognizable = capable of being tried or examined before a designated tribunal.

24) Citizens In Party/Plaintiffs accuse: Title 42 USCA 1985 (2) - Obstructing justice, intimidating party, witness, or juror.  If two or more citizens in any state or territory conspire to deter by force, intimidation, or threat, any party, or witness in any court of the United States from attending such witness in any court or from testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in citizen's behalf or property on account of citizen having so attended or testified, or to influence the verdict, presentment, or indictment of any grand or petit juror in any such court, or to injure such juror, in party/citizen self or property on account of any verdict, presentment, or indictment lawfully assented to by citizen or of citizen being or having been such juror, or if two or more citizens conspire for the purpose of impeding, hindering, obstructing, or defeating, in any matter, the due course of justice in any state or territory, with intent to deny any citizen the equal protection of the law, or to injure citizen or citizen's property for lawfully enforcing, or attempting to enforce, the right of any citizen, or class of citizens, to the equal protection of the law.

25) Citizens In Party/Plaintiffs accuses: Title 42 USCA 1985 (3) - Depriving party of rights or privileges if two or more citizens in any state or

1   territory conspire to go in disguise, for the purpose of depriving, either

2   directly or indirectly, any citizen or class of citizens of the equal

3   protection of the law, or of equal privileges and immunities under the law, or

4   for the purpose of preventing or hindering the constituted authorities of any

5   state or territory from giving or securing to all citizens within such state

6   or territory the equal protection of the laws, or if two or more citizens

7   conspire to prevent by force intimidation, or threat, any citizen who is

8   lawfully entitled to vote, from giving party support or advocacy in a legal

9   manner, or to injure any citizen in self or property on account of such

10  support or advocacy, in any case of conspiracy set forth in this section, if

11  one or more citizens engaged therein do, or cause to be done, any act in

12  furtherance of the object of such conspiracy, whereby another is injured in

13  citizen self or property, or deprived of having and exercising any rights or

14  privilege of a citizen of the United States, the party so injured or deprived

15  may have an action for the recovery of damages occasioned by such injury or

16  deprivation, against any citizen or more of the conspirators.

17  26) Cause of action: Title 18 USCA 242 - (1) Deprivation of rights under

18  color of law by officers of the court.   Whoever under color of any law,

19  statute, ordinance, regulation, or custom, willfully subjects any party in any

20  state, territory, or district to the deprivation of any rights, privileges, or

21  immunities secured or protected by the Constitution or the laws of the united

22  States, or two different punishments, pains, or penalties, on account of such

23  party being alien, or by reason of the party's color or race, than are

15

prescribed for the punishment of citizens, shall be fined $1,000.00 under this title or imprisoned not more than one year, or both.

27)   Cause of action: Title 18 USCA 872 - Extortion by officers or employees of the United States: Whoever, being an officer or employee of the United States or any department or agency thereof or representing himself to be or assuming to act as such under color or pretense of office or employment commits or attempts an act of extortion, shall be fined under this title or imprisoned not more than three years, or both.

Extortion: the obtaining of property from another induced by wrongful use of actual or threatened force, or fear, or under color of official right. Ref Title 18 U.S.C.A. 871, et. seq., 1951.

Tort: A private or civil wrong or injury, for which the court will provide a remedy in the form of an action for damages.  A violation of a duty imposed by general law or otherwise upon all persons occupying the relation to each other which is involved in a given transaction.  Ref Coleman v California Yearly Meeting of Friends Church, 27 Cal.App. 2d 579, 81 P.2d 469, 470; 42 U.S.C.A. 1986, 1985, 1983, Notes 319, 333, 337, 349, 350, 351, 352.

28) Cause of action: Title 18 USCA 241 - Conspiracy provides in pertinent part: Whoever, under color of law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any state, territory, or district to the deprivation of any rights, privileges, or immunities secured or protected by the United States Constitution or laws of the United States ...shall be fined not more than $10,000.00 or imprisoned not more than ten years or both.

29) Cause of action: Title 18 USCA 1622 - Subornation of perjury: When one party induces another to swear to a statement which that party does not know to be true, and which the swearer knows to be false...shall be fined $10,000.00 or imprisoned 5 years, or both.

30) Giving rise to a Cause of action under Title 42 USCA 1983 Chapter 21 at notes 319 and 337, is: Policy and custom: when acts committed, cause violation of due process and equal protection of the law, and before the facts of a case, under Federal Rules of Civil Procedure 12(b)(1), lacks subject matter jurisdiction over the subject, are presented to the court for review; the officer of the court for acts committed to determine the outcome of the case, before the facts are presented in the court, will lose jurisdiction over the subject matter of the case, and when such acts cause the party injury under a U.S. Constitutional violation, shall be liable to the party injured under Title 42 USCA 1983, Chapter 21 at notes 333, 349, 351, 352, 355.

31) Cause of action: 28 USCA Chapter 85 § 1359 - Collusion when a judge uses force to intimidate or collusion to force the party into the bar, including, but not limited to issuing warrants for charges not excited by grand jury indictment or based upon oath or affirmation.

32) The further applications to the `rules of law', in law, the violations under maritime and admiralty jurisdiction, is when the honorable judge as the `fiduciary' and responsible for the setup of the courtroom; when a judge enters the courtroom under the maritime flag, with the gold fringe, gold braid on the flag, and on the pole, gold spear, gold ball, or gold eagle, placed in

the court by the judge before the hearing begins, the judge is declaring that the courtroom will be under maritime jurisdiction and all constitutional rights will be suspended, thus insuring that the citizens will be found guilty until proven innocent, since figures show that there is a 97.3% conviction rate under maritime jurisdiction. "Fiduciary": A person having duty, created by undertaking, to act primarily for another's benefit in matters connected with such understanding.

33) Giving rise to a cause of action for 'injury' defend as Title 18 USCA 242, deprivation of rights under color of law, and Title 42 USC 1983 injury to U.S. Constitutional violations of the 14th Amendment to the United States Constitution, which is due process and equal protection of the law, giving rise to a perjury of oath of office under Title 18 USCA 1621. Perjury of oath is the necessary element needed to prove intent to commit Title 18 USC deprivation of rights under color of law.

34) 18 USCA 1621 Chapter 79, Perjury of Oath: (1) whoever, having taken an oath before a competent tribunal, officer, or party, in any case which a law of the United States authorizes an oath to be administered, that party will testify, declare, depose, or certify true, willfully and contrary to such oath states or subscribes any material matter which party does not believe to be true, or (2) in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of Title 28 USC, willfully subscribes as true any material matter which party does not believe to be true, is guilty of perjury and shall, except as otherwise expressed provided

18

by law, be fined under this title imprisoned not more than five years or both.

This section is applicable whether the statement or subscription is made within or without the United States.

`Perjury of Oath of Office': "Malice", in law is not necessarily personal hate or ill will, but is that state of mind which is reckless of law and of the legal rights of the citizen.   Ref Chrisman v Terminal RR Ass'n of St. Louis 237 Mo.App 181, 157 S.W.2d 230, 235.   FRCP Rule  9(b), 12(d).

Perjury: Inforjudgmental law, the willful assertion as to a matter of fact, opinion, belief, or knowledge, made by a witness in a judicial proceeding as part of his or her evidence, either upon oath or in any form allowed by law to be substituted for an oath, whether such evidence is given in open court, or in an affidavit, or otherwise, such assertion being material to the issue or point of inquiry and known so such witness to be false.   Perjury is a crime committed when a lawful oath is administered, in some judicial proceeding, to a person who swears willfully, absolutely, and falsely, in matters material to the issue or point in question.   Ref. Gatewood v State, 15 Md.App. 314, 290 A.2d. 551, 553.   FRCP Rule  9(b), 12(d)(1,2,7).   42 U.S.C.A. 1986, Knowledge, 42 U.S.c.a. 1985 Conspiracy, 42 U.S.C.a. 1983, Note 349.   14th Amendment U.S. Constitution.

35) Citizens Th Party/Plaintiffs accuses: Legal malpractice: consists of failure of the judge to use such skill, prudence, and diligence as judges of ordinary skill and capacity commonly possess and exercise in performance of tasks which they undertake, and when such failure proximately causes damage,

1   it gives rise to an action in `tort'. Ref Neel v Magama Oliney 6 Cal.3d 176,

2   98 Ca.Rptr. 837, 838, 491 P.2d 421. Cause FRCP Rule 9(b) 12(b)(1,2,7)(d),

3   1st, 5th, 14th U.S. Constitution Amendments.

4   `Legal Malpractice', perjury of oath: defendants did not advise the

5   court/client or Citizen in Party/Plaintiffs of official violations of `Rules'

6   or of the `oath' of office for judges and attorneys, and the violation to the

7   U.S. constitutional laws and guarantees by silence or design, in this Case

8   Incorporated No. 96 1785 K LSP Defendants should have taken care to advise

9   the court of the frivolous actions by the court, in the violation of

10  U.S.Constitutional laws.    Proceedings were unfair and unjust.    FRCP Rule

11  9(b), Rule 12(b), 1st, 5th, 14th Amendments to U.S. Constitution.

12  Malpractice: Professional misconduct or unreasonable lack of skill.  This term

13  is applied to such conduct of judges failure of one rendering professional

14  services to exercise that degree of skill and learning commonly applied under

15  all the circumstances in the community by the average prudent reputable

16  members of the Bar.  No subject matter jurisdiction.  FRCP Rule 56 (e)(d).

17  Profession with the result of injury loss or damage to the recipient of those

18  services or to those entitled to rely upon them.   It is any professional

19  misconduct, unreasonable lack of skill or fidelity in professional or

20  `fiduciary' duties, evil practice, or illegal or immoral conduct.   Ref.

21  Matthews v Walker 34 Ohio App.2d 128, 296 N.E. 2d 569, 571, FRCP Rule

22  56(e)(d).

23  36) Citizens In Party/Plaintiffs accusing: Title 42 USCA 1983 Chapter 21 -

24

25

26

27

28

20

Personal injury: every party who, under color of any statute, ordinance, regulation, custom, or usage, of any state or territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other party within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.  For the purposes of this section, any act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

37) Citizens In Party/Plaintiffs accusing: Title 42 USCA 1983 Chapter 21 Note 39: In order to establish personal liability on part of government official in federal civil right law action, it is enough to show that the official action under the color of law caused deprivation of federal right in contrast with intent.  Government entity is liable in official capacity suit under Title 42 USCA 1983 only when entity is moving force behind `deprivation', equating it with Title 18 USCA 242.  Failure to prevent upon notice of the felony, caused deprivation of federal right.

38)  If the judge fails to join with the Article 3, American flag, pursuant to Title 4 USC 1, then, by the jurisdiction of the authority under the Federal Rules of Civil Procedure Rule 16(f), sanctions for non-joinder and perjury of oath, apply. FRCP Rule 19 = Joinder of persons needed for just adjudication.

39) Citizens In Party accusing: Racketeering: an organized conspiracy to commit the crimes of extortion or coercion, or attempt to commit extortion or

41) Defendants knew or should have known each defendant violated the sworn oaths of office, and that defendants herein named perjured said oaths, violating clearly established law.

42) Citizens In Party had a reasonable expectation that Defendants Richard Agundez, Tom Michel, D. Gentry, Fred Morrison, Terry Broaddock, Robert Moreau, Bob Beeman, Daniel Lungren, Gale L. Acker, Joan Shoemaker, Dick Ramos, Todd Keegan, Mark Lewis, Bob Mc Clellan, Duncan Hunter, Larry Brainard, Gary S. Bloch, Sally Reed, and Ron Fionca would not perjure the sworn oaths of office taken, and would not violate the law and would not violate Citizens In Party/Plaintiffs' constitutionally-protected rights.

43) Defendants herein named have caused injury to Citizens In Party/ Plaintiffs, as enumerated herein, pursuant to Title 42 USCA section 1983 (Notes: 333, 349, 350, 351, 352, and 355.)

PRAYER

44) The facts enumerated in paragraphs one (1) through forty three(43) are incorporated herein as if fully set forth.

45) Citizens In Party/Plaintiffs prays to the court for redress in the amount of $2 million dollars in gold U.S. dollars, for the failure and/or refusal of defendants herein named to prevent felony fraud against Citizens In Party, which resulted in: loss of Citizens In Party/Plaintiffs' freedom for a total of three hours incarceration and 32 days 'under arrest' of false warrant, loss of business for over two months because of loss of private property automobile, loss of standing in the community and the embarrassment arrest by

23

false warrant and defamation, has caused Citizens In Party/Plaintiffs, injury

to Citizens In Party's wrists, which Citizen sustained at hands of defendants,

which involved pain and suffering for 2 days, and loss of enjoyment and use of

property seized and not returned for over 72 days.

46) Citizens In Party/Plaintiffs prays to the court for $1 million, gold U.S.

dollars, for each U.S. Constitutional right violated, in the abrogation of

Citizens In Party/Plaintiffs's 4th, 5th, 6th, 7th, and 14th A.U.S.C., for the

failure and/or refusal of defendants herein named to prevent felony fraud

against Citizens In Party, which defendants herein named had a duty, pursuant

to the sworn oath of office to prevent.

47) Citizens In Party/Plaintiffs prays to the court for exemplary damages in

the amount of $1 million gold U.S. dollars, for the violation of the 1st, 4th,

5th, 6th, 7th, 8th, and 14th AUSC rights of the Citizens In Party/ Plaintiffs,

as Citizens In Party/Plaintiffs will never feel safe from false arrest and

imprisonment by the forces of admiralty again.

48) Citizens In Party/Plaintiffs demand declaratory relief prohibiting

defendants and all law enforcement agencies and courts who extort information

which is used against Citizens In Party /Plaintiffs and others charged with

crimes, from using trickery, deceit, and other forms of coercion to elicit

said information.  Citizens In Party/Plaintiffs specifically demand the court

declare acts which force accused to identify themselves at, before, or during

an arraignment to be in violation of the 5th Article to the united States

Constitution.  Said violative acts include: setting up a table blocking the

24

doorway to the court and denying access to the courtroom without showing the notice to appear or drivers license; directing accused to report to the clerk of the court to show the notice to appear or other document with accused' name upon it; the bailiff calling out the name of the accused in order to be served with the complaint; and, any and other forms of trickery which effects the same result.

CONCLUSION

49) Know all men by these presence, Judy Ann; Okimura, ex rel., and Ricki Lynn; Bender, ex rel., on relation of the people of the united states of America, under the American flag of peace, herein state:

50) Ex rel. on relation of the people of the united stated defined: "But it is the manner of enforcement which gives Title 42 USCA 1983 its unique importance, for the enforcement is placed int he hands of the people." Each citizen "acts as a private attorney general who takes on the mantle of the sovereign, guarding for all of us the individual liberties enunciated in the Constitution." Section 1983 represent a balancing feature in our governmental structure whereby individual citizens are encouraged to police those who are charged with policing us all. Thus, it is of special import, that suits brought under this statute be resolved by a determination of truth". Wood v Breier 54 FRD 7 (1972)

51) Citizens In Party/Plaintiffs were arrested without a 4th amendment warrant, signed by a judge of oath and affirmation, kidnapped, arrested with armed force, arrested without a hearing or indictment by a grand jury, or a

jury of Citizens In Party/Plaintiffs's peers, and denied an administrative hearing. Citizens In Party/Plaintiffs noticed defendants herein named of the felony, and defendants maintained silence, failing to report the felony.

52) Citizens In Party were coerced into the admiralty/maritime jurisdiction under the gold fringe flag, with the gold braid, and a gold eagle or gold spear or gold ball, atop the flag pole, in spite of challenging said jurisdiction. Citizens noticed defendants of the felony, and defendants maintained silence, failing to report the felony, thus colluding with other co-defendants to extort Citizens In Party/Plaintiffs' rights.

53) Citizens In Party were denied due process when defendant judge and commissioner herein named coerced Citizens In Party into a false jurisdiction attempted to extort incriminating information from Citizens In Party, and extorted Citizens In Party's rights to due process. Citizens noticed remaining defendants of the felony, and defendants maintained silence, failing to report the felony.

54) Citizens In Party's property and rights were extorted from Citizen, when Citizen's car was taken and not returned upon demand, or a showing of good cause, and defendants violated State laws defendants swore to uphold, including but not limited to CVC 22850.3(a) and (b), CCP 454, CPC 446, and the vehicle code section regarding the right to an administrative hearing for the return of Citizen's car. Citizen noticed defendants of the felony, and defendants maintained silence, failing to report or prevent the felony.

55) Citizens In Party were denied access to the courts, suffered threats of

26

58) The clerk of the court and the presiding judge and the bailiff conspired to permit defendant Bloch to coerce Citizens In Party/Plaintiffs into an admiralty/maritime jurisdiction, and further conspired to trick Citizens In Party/Plaintiffs into giving evidence which would later be used against Citizens In Party/Plaintiffs, and further conspired to deprive Citizens In Party/Plaintiffs of Citizens In Party/Plaintiffs liberty by issuing a warrant for the arrest of Citizens In Party/Plaintiffs without due process.

59) Defendants Agundez, Michel, Gentry, Morrison, Broaddock, Moreau, Brainard, and Bloch did not have a contract with Citizens In Party/Plaintiffs to protect Citizens In Party/Plaintiffs, nor to Seize Citizens In Party/Plaintiffs, nor to confiscate Citizens In Party/Plaintiffs property.

60) Defendant Beeman did not have a contract with Citizens In Party/Plaintiffs to seize, tow or confiscate Citizens In Party/Plaintiffs private property automobile. Pursuant to Stypmann v City and County of San Francisco, and Goichman v Reuban Motors, Beeman is liable for injury to Citizens In Party/Plaintiffs which occurs from Citizens In Party/Plaintiffs loss of enjoyment of property, loss of value of said property, and loss of prospective economic advantage. Beeman acted under color of law. Beeman had a duty and an obligation to Citizens In Party/Plaintiffs to demand a warrant for the arrest of Citizens In Party/Plaintiffs' property prior to seizing said automobile, as Beeman is not granted exemption from the laws of the state. Beeman is bound by the constitution of the united States and the constitution of California, prohibiting the taking of private property without a warrant

28

jail and suffered loss of liberty via incarceration, without due process, Citizens In Party/Plaintiffs believes on reason and belief, made in retaliation for Citizen In Party/Plaintiff Okimura filing a complaint against defendants' agencies and/or employees, over defendants' failure to arrest a felon who attempted to murder Citizen In Party/Plaintiff Okimura.   Citizen noticed defendants of the felony, and defendants maintained silence, failing to report the felony.

56) In addition, Citizens In Party/Plaintiffs, are being punished for Citizens In Party/Plaintiffs' effort to resolve the dispute with justice in and for the Article three Courts.

57) Defendant Agundez filed a false report with the court, and refused to correct errors in the information printed on said report upon notice of said errors, to the harm of Citizens In Party.   Richardson v Newark which is cited as 449 F.Supp.20, a 1978 case which makes it clear that a traffic stop without probable cause is not a de minimus violation of Citizens In Party/Plaintiffs' constitutionally-protected rights against arrest.   There is no evidence that Citizens In Party/Plaintiffs committed a crime, or were about to commit a crime, when Defendant Agundez stopped Citizens In Party/Plaintiffs, arrested and incarcerated Citizens In Party/ Plaintiffs, and seized and impounded Citizens In Party/Plaintiffs private property without warrant, exigent circumstances, or probable cause.   Said Citizens In Party/Plaintiffs were deprived of protected liberty interests several hours, and have been deprived of property for over two months.

signed by a judge of oath and affirmation.

61) Defendants Reed and Fionca did not have a contract with Citizens In Party/Plaintiffs to confinscate, seize, or sell Citizens In Party/Plaintiffs private property.

62) Defendants had notice that Citizens in Party/ Plaintiffs had elected to adhere to the laws of the Sovereign Lord God, via Citizens In Party/Plaintiffs' ex-patriation. Defendants violated Citizens In Party/Plaintiffs' First Amendment right to practice Citizens In Party/Plaintiffs' religious beliefs. While there is no evidence that Citizens in Party/Plaintiff have a contract with defendants to abide by defendants corporate regulations, and while there is no evidence that defendants' regulations have been enacted into law anywhere within Citizens In Party/Plaintiffs' jurisdiction and venue, there is evidence that Citizens In Party/Plaintiffs have noticed defendants that Citizens In Party/Plaintiffs ex-patriated because of Citizens In Party/Plaintiffs religious beliefs, and that defendants' regulations violated said religious dogma which Citizens In Party/Plaintiffs believe, including the doctrine that the life and death of Citizens In Party/Plaintiffs lie in the hands of the Almighty Lord Yahweh, in that He told Citizens In Party/Plaintiffs, via the Holy Scriptures that Citizens In Party/Plaintiffs' days are numbered by Him before Citizens In Party/Plaintiffs' birth. Citizens In Party/Plaintiffs are thereby prohibited from taking any actions which would interfere, attempt to interfere, or appear to be interfering with the plans for the number of days which the Lord has

provided for each Citizen In Party/Plaintiff herein.  Defendants' attempts to coerce Citizens in Party/Plaintiffs into `saving', prolonging, or otherwise changing the number of the days which the Lord has established is a violation of Citizens In Party/Plaintiffs First Amendment right to believe as the Holy Scriptures direct.  Citizens In Party/Plaintiffs have directly asked defendants Agundez and Michel whether said defendants would have interfered with a suicide attempt had Citizens In Party/Plaintiffs been involved in such an attempt, and defendants responded by stating that the question was irrelevant.  It is apparent to Citizens In Party/Plaintiffs that the jurisdiction Citizens In Party/Plaintiffs eschewed via ex-patriation justifies, encourages, and condones the interference with the Lord God's plans for life and death through the failure to prohibit Jack Kevorkian's activities.  Defendants have no contract with Citizens In Party/Plaintiffs to demand Citizens In Party/Plaintiffs perform any acts which will subvert the plans of the Sovereign Lord, Yahweh.

The American flag of peace, pursuant to Title 4 USC 1, is flown with pride.

Dated: October 15, 1996

Judy Ann; Okimura, A Citizen in Party          Ricki Lynn; Bender

In their proper Article 4.2.1. citizen status as a Citizen of the great independent sovereign nation, state and republic of California under Government Code Section 100.

30

Table of Contents

Exhibit "A", Notice of Fraud...............................1

Exhibit "B", Refusals for Cause...........................9

Exhibit "C"..............................................15

Judy Ann; Okimura
General Delivery, Postmaster, U.S. Mail
El Cajon, California
Non-Domestic

August 26, 1996

Dan Lungren
State of California
Capitol Mall
Sacramento, CA  95800

Foreman, Grand Jury
County of San Diego
330 West Broadway
San Diego, CA  92101

El Cajon Chief of Police
100 Fletcher Parkway
El Cajon, CA  92020

City Council, City of El Cajon
200 East Main Street
El Cajon, CA  92020

Congressman Duncan Hunter
9340 Fuerte Drive, Suite 302
La Mesa, CA  91941

Ace Towing Service
1354 N. Magnolia Ave.
El Cajon, CA  92020

NOTICE OF FRAUD, NOTICE OF NEED OF RESTITUTION, NOTICE OF DAMAGES

RE:    TAKING OF PRIVATE PROPERTY WITHOUT DUE PROCESS

Dear Gentlemen:

This letter is being sent to you in good faith and with peaceful intentions.  I have always respected the good intentions of the grand jury, and have made attempts to involve the grand jury in performing the other half of its duties, and that is to keep government officials who have run amuck, in check.  And I have always made it a policy to do my duty as a Citizen, to abide by the law, especially one which mandates me to report felonies of which I am aware.  I bear you no ill will because you have not yet taken action based on the full knowledge of the facts and the law, which I provide you on another incident, which is now scheduled to be heard in United States District Court on the issue of whether or not you had a right duty relationship to prevent the felonies which I report then, pursuant to your oath of office.  Therefore, it is with the full understanding that the burden of proof is upon me, and that, when I have met that burden, you will respond within the law, or said matter shall also be submitted to the United States District Court.

This letter and notice is in regards to the matter of the confiscation of my private property, which was taken without due process, which makes whatever ordinance, statute, or law officers of the El Cajon Police Department claim they followed, repugnant to the Constitution, as well as the law of the State of California. It does not take a rocket scientist to understand the simple language of California Vehicle Code 22850.3 (a), which states:

> "C.V.C. § 22850.3 (a) - A vehicle placed in storage may be released to the owner or person in control of the vehicle only in the owner or person furnishes to the law enforcement agency or employee who placed the vehicle in storage, satisfactory proof of current vehicle registration. In lieu of obtaining proof of current registration, the agency which caused the vehicle to be stored may, in its discretion, issue a notice to appear for the registration violation."

I am further noticing you of the law via a case cite known as Spilman vs. CHP, 212 Cal App 3d 59; CalRrtr 400 (July 1989), which is quoted herein in pertinent part:

> "under the clear meaning of the statue, the CHP may either require proof of current registration, or it may proceed with a criminal action, but it may not do both. (emphasis added)

One of the fact of which I am herein noticing you relates to the fact that my property was taken without due process in that the two officers who towed my property were the two officer sitting on the Administrative Hearing Board. It does not take someone with average intelligence to recognize that when the fox guards the hen house, a few chickens will be missing. These officers refused to provide answers to the partial list of questions, attached hereto as Exhibit A, scoffing: "Those questions are irrelevant." The fraud of which I am noticing you herein is that these officers kept information relevant to the matter hidden by refusing to provide answers to the questions asked of them. Not only did they have a vested interest in the outcome of the hearing, they concealed evidence which could have proved me innocent.

Further, "the evidence must be reviewed in light most favorable to the Plaintiff....if it appears the officer failed in his duty....: Mann v State (1977) 70 CA3d 773; 139 CalRptr 82. CVC 22850.3(a) makes it clear that the officers failed in their duty to return Appellant's car, as Posey v State of Calif (1986 1st Dist) 180 Cal App 836, 225 CalRpt 830, states:

> "When the state, through its agents, voluntarily assumes a protective duty toward a participating member of the public, however, and undertakes action on behalf of the individual, reliance is induced and state is held to the same standard of care as a private person or organization."

Even if the parties herein addressed gave the two officers who had a vested interest in the outcome of the hearing the benefit of a doubt, and temporarily presumed the officers who towed my car took it, not to steal it, but to `protect' it from being vandalized along the freeway, each of you herein noticed would then have to reasonably follow that train of thought by recognizing that the two officers induced a reliance within me for the car's safe return! This is followed up in the case:

> "The question of applicability of government statutory immunity does not even arise until it is determined that a defendant otherwise owes a duty of care to the Plaintiff, and this is liable in absence of such immunity. The existence of a duty is entirely a question of law...." Von Batsch v. Am. Dist. Telegr (1985 2d Dist) 175 CalApp 3d 1111, 222 Cal Rptr 239

2

Hearing Officers, as biased as they must be, clearly erred when they ignored the mandate in CVC 22850.3 (a), as officer and the municipality they represent DID owe a duty of care to me, as there could be no legal reason for taking the car other than for safe-keeping. The Court in Winkleman v Sunnyvale (1975) 59 CA3d 509, 130 CalRptr 690, agrees, stating:

> "ordinarily not liable for tort merely for failure to take affirmative action to assist or protect another unless there is some relationship between them that gives rise to a duty to act."

Stealing a car, by whatever means, by someone with or without a badge is still a crime. This issue is addressed further in People v Monson (1972) 28 CalApp 3d 935; People v Martin (1962) 208 CalApp 2d 629, which show that:

> "Officers outside his jurisdiction believing probable cause for arrest existed, such circumstances was same as that of private citizen arrest."

Section 353, Evid Code is subject to the constitutional requirement that a judgment must be reversed if an error has resulted in a denial of due process of law. People v Matteson, 61 C2d 466 (1968)

Since, to be liable for failing to prevent a felony, each of you must be fairly noticed of the facts and the law, I herein offer proof that the Vehicle code is a commercial or civil code, not a criminal or penal code, notwithstanding that I expatriated myself from any contracts which you might think hold me liable for adherence to contracts such as the Vehicle Code.

In People v Olds, 140 CA2d. 156, that reviewing court held that under Gross v Superior Court, 42 Cal. 2d 816, 820:

> "when the matter is a civil code (The Vehicle Code is a civil code), which are special proceedings with possible collateral action, but it cannot be pursued when there is no criminal act as then the defendant is not fined for the commission of a criminal act but because it was determined he had violated some civil code."

This further means that not only have the officers herein committed a civil tort, by failing to show that I have or had a contract with any of them which enabled them to do what they did, but they clearly committed a crime, by stealing my car, for which the parties herein noticed should demand an investigation.

> "Before court can grant specific performance of contract, it must determine whether parties entered into valid contract. Donahue v Picinich, 852 F. Supp. 144 (D. Conn. 1994)

And again, in Donohue, supra:

> "Applications for specific performance of contracts are addressed to discretion of court which must determine upon facts and under circumstances whether contract is fair, reasonable, on good consideration, free from fraud, surprise or mistake and made according to requirements of law.

Even if I had signed a contract making me liable, I would certainly not have done so willingly had I known I could be subjected to losing my private property for long periods of time. Even drunk drivers do not have their cars taken away for such an extended period as mine was because I allegedly did not have my seat belt on. I would relish the thought of being the first party to challenge the constitutionality of the statute each of you supports, condones, or encourages which enables law

enforcement to strip me of my right to enjoy property which I bought and paid for when there is no injured party because I failed to wear a seat belt. If I told you this was against my religion, because I believe that when God declares it's my time to go, it's my time to go, could you endorse this ordinance as law? If I attempted suicide, could you charge me with a crime against the State?

"The Fourth Amendment forbids stopping a vehicle even for limited purposes of questioning its occupants unless the police officer has a founded suspicion of criminal conduct. U.S. v Ramirez-Sandoval, 872 F2d. 1392."

"Founded suspicion must exist at the time the officer initiates the stop. U.S. v Thomas, 863 F2d. 622, 625"

"In evaluating whether founded suspicion exists, the totality of circumstances should be considered. U.S. v Sokolow, 490 U.S. 1, 8; U.S. v Hernandez-Alvarado,. 891 F2d. 1414."

"Founded suspicion exists when the officer is aware of specific articulable facts that , together with rational inferences drawn from them, reasonably warrant a suspicion that the person to be detained has committed or is about to commit a crime. U.S. v Cortez 449 U.S. 411, 416, U.S v Robert L. 874 F2d. 701, 703"

"The U.S. Supreme Court has defined and limited investigative detention. Any restraint of a person for the purpose of checking identification and asking questions or detaining him or her briefly while obtaining is such a detention; it comported with the Fourth Amendment only when based on articulable facts supporting a reasonable suspicion that the person has committed a criminal offense. The mere presence with someone who has a outstanding arrest warrant is not sufficient. U.S. v Hensley, 469 U.S. 221 [83 L.Ed.2d. 604]"

"In a unanimous decision the U.S. Supreme Court held: `demand for identification is an intrusion on the interest prohibited by the Fourth Amendment and requires reasonable suspicion based on articulable facts relating to the person or his or her conduct, in order to be lawful."

"When police officers,  with out arresting an individual, detain the individual for the purpose of requiring him to identify himself, they perform a seizure of person subject to the requirements of the Fourth Amendment.....that the defendant's conviction requiring identification upon a lawful stop was improper, the police officer's stopping the defendant and requiring him to identify himself violated defendant's First, Fourth and Fifth Amendments was in violation of ....United States Constitution when the police officer has no reasonable suspicion to believe that the defendant was engaged or been engaged in criminal conduct. Brown v Texas, (1979) 443 U.S. 46 [61L.Ed.2d. 357].

"A person driving an automobile cannot be stopped to see if he or she is licensed to drive." Delaware v. Prouse, (1979) 440 U.S. 648, [59 L.Ed2d. 660]

Broussard, Justice, U.S. Supreme Court in ruling against roving stops cited Almeida-Sanchez v U.S., (1973) 413 U.S. 166, which stated:

"[The] Court rejects the argument that driving is a persuasively regulated activity subjecting motorist to roving stops.  Court explains that a roving stop of a motorist was

4

unreasonable, driver was not in the same position as the gun manufacturer or liquor distributor who had in effect consented to the inspection by entering a heavily regulated industry."

In Richardson v Newark, the Court declared that a mere stop to issue a traffic citation, which did not involve the arrested party to get out of the car or to go to the police station "was not a *de minimis* violation of the 4th Amendment."

Officers also incurred liability upon the above-named parties when they simply brushed off my right to question them, denying due process, which also makes any actions they took to keep my car, null and void:

"Intention suppression of any material evidence constitutes a violation of due process, regardless of the good or bad faith of the part of the State. Arizona v Youngblood, (1988) 488 U.S. 51 [102 Led.2d.281, 109 S.Ct. 333]

"A defendant's right to present evidence in his own defense is so fundamental that it constitutes an element of due process of law. People v Perry, 104 CA3d. 268 (1980)

Let me interject for your edification of the law and the facts here, that when evidence necessary for me to prevail is in the possession of the "State", and the "State" refuses to provide it, malicious prosecution and conspiracy to steal private property takes form as causes of action.

"The law also requires agencies vested with or exercising "quasi judicial" powers to make findings of fact, an agency is not allowed to proceed without them, Topenga AFASC v LA County, (1974) 11 C.3d. 506, 113 CR 836; Tex-Cal Land Mgmt. v ALRB, (1979) 24 C.3d. 335, 156, P.2d 119. This places the burden right on the Board of Equalization to establish (a) all agencies have the jurisdiction to determine the extent of their jurisdiction; (b) to decide in favor of the supposed jurisdiction is a JUDICIAL act, whether expressly granted that power or not, and (c) all agencies have the duty to determine if their jurisdiction exists or not.  Another reason, would be that such agencies must be given a chance to correct their errors of substance, prior to doing damage; and might be that for any Citizen to be able to say that he has "EXHAUSTED HIS ADMINISTRATIVE REMEDIES', the agency must look at his preliminary administrative paperwork, to keep same from being  an empty and futile exercise.  Law or Equity do not allow futile exercises in their forum.  Findings for Jurisdictional facts are required, so it must be allowed in the first instance, rather than requiring a resort to the courts, for appeals are inadequate where total want of jurisdiction is involved.

Officers involved in the towing of a car may not sit on the administrative hearing is well founded in the very Vehicle Code which said Officers claim to enforce.  Refusing to respond to my list of questions is equal to suppressing evidence, and denial of due process is founded throughout the futile debacle I was forced to attend, increasing the injuries to me, for which I ask you to stop in and prevent, or become criminally liable under Title 18 USCA §§ 2, 4, 241, 872, 1621, 1622, and 1623, and civilly liable under Title 42 USCA 1986, 1985 and 1983.  The questions I submitted were designed to establish you jurisdiction for keeping my car.  Failure to release my car now incurs liability on everyone with an oath of office who is noticed of this fraud.

Administrative agencies cannot enlarge their jurisdiction to include others, not of the class which are exclusive to its jurisdiction and subject to its enforcement scheme and licenses.  If the agency itself is without, then no other agency can be an enforcement arm for the agency.  This is especially true,

5



because the agency has no police power, no Executive agency enforcement officer or prosecuting attorney can presume police power to act for the agency and use the judicial branch of government for such purposes on behalf of any agency which has only a special private interest, and cannot act beyond the reach of the agency.

If a "person" of a class is within the jurisdiction of the DMV, <u>then the Executive Branch of the government must first go to the agency itself,</u> and cannot bypass the agency and first go to the Judicial Branch because:

> "Where the government agency, or local municipality believes that an individual is a person within the demands of a statute, of which it has authority to enforce, or standing to initiate an action naming the individual, there must be a demand for administrative enforcement.  The government agency is required to first exhaust all administrative remedies before it may proceed on any civil action [matters of administrative action are always civil, even when enforced by a quasi-criminal procedure] as is the accused required.  Where the people seek enforcement of administrative license, it must not skirt the administrative agency for enforcement by a `mere hearing officer' without the `administrative record for a review', it must trigger the administrative agency remedy, or it denies the agency its authority and power to enforce its own rules and regulations and its licenses, to the harm and denial of administrative remedy to the accused." <u>O.K. Corp. v Williams</u>, 461 F.Supp. 540

And:

> "Rule of lenity requires that penal statutes be construed strictly against government." <u>Printz v U.S.</u>, 854 F. Supp. 1503 (D. Mont. 1994)

> "Failure on part of agency to act in compliance with its won regulations is fatal to such action because it is not in accordance with the law." <u>Rodriques v Panasiuk</u>, 844 F. Supp. 1033 (E.D Pa 1994)

> "Before court can grant specific performance of contract, it must determine whether parties entered into valid contract." <u>Donohue v Picinich</u>, 852 F. Supp. 144 (D. Conn. 1994)

And again, in <u>Donohue</u>, supra:

> "Applications for specific performance of contracts are addressed to discretion of court which must determine upon facts and under circumstances whether contract is fair, reasonable, on good consideration, free from fraud, surprise or mistake and make according to requirements of law."

It is imperative at this juncture, that the grand jury take notice of the fraud which is continuing against me, and inform me immediately whether or not this grand jury intends to uphold the sworn oaths of office and investigate the felony which I am reporting.  One of your main functions is to assist Citizens in fending off public servants who usurp the duties of the jury which is the fourth arm of government that sustains the republic.  The officers who illegally conducted the `hearing' usurped the role of a jury,  making a determination when they were parties to the action.  That amounts to nothing less than treason, for it is an undermining of the republic, which is an overthrow of the established government <u>of the people, by the people and for the people.</u>  If you do not subpoena the two officers for questioning within ten days of receipt of this letter, you will be in violation of your oaths of officer,

and will also be considered as joining the conspiracy to overthrow the republican form of government our forefathers established.

You see, I do understand completely, that your job is to conduct investigations , hear <u>both sides</u> of the issue, invite all parties who have personal knowledge of the question to present evidence, no hearsay, then make a determination as to whether probable cause exists for the retention of my private property.  In this manner, you act as a magistrate, only on a higher level.

You all now have knowledge of that facts and of the law.  You are duty bound, pursuant to your oath of office, to insure that no property shall be confiscated without probable cause.  You now have personal knowledge that, if anyone in City of El Cajon is moving against me or my property in violation of the 5th Amendment, that those persons involved, from the officers who confiscated it to the parties who condone it via their silence to this notice, HAVE <u>VIOLATED THEIR OATHS OF OFFICE</u>, and you are <u>in</u> a position to prevent further miscarriage of justice.  If you, as a body, fail to investigate the felony I'm reporting, without hearing my testimony, and providing me with the opportunity to rebut any the officers provide you, under unqualified oath, then you have violated your oaths of office, and have joined in a fraud.

I tell you all of this in the hopes you will understand the damages that City agents are causing me, and to remind you of your obligations to investigate my allegations.  As a grand jury, you were to use the standard of normal care pursuant to your oath of office, and have a duty to investigate the underlying facts and law yourself.  You must know that there cannot, in all good conscience, and valid reasons for confiscation of my private property when the national and state constitutions prohibit the taking of private property without due process.  I doubt that anyone short of a moron could label the farce `hearing' afforded me by two officers who I'm accusing of wrong-doing, <u>due process</u>.  If the officers dare to define due process that way, we shall make sure that when I sue them in federal district court <u>that I am the judge</u>!!

You have first-hand knowledge, via the reading of this notice, informing you of the facts.  You have firs-hand knowledge of the law.  Therefore, in the hope that you want to insure me that you will act upon your knowledge of the facts and the law, I am attaching a copy of a reaffirmation of oath of office, asking you to avow once more, that you will uphold the Constitution of the united States.

It is irrelevant to me as to how restitution is made.  The simplest way may be to release my property to me and have the City of El Cajon, or the El Cajon Police Department, or the DMV, or the State of California sue me for its return.  In addition, I have been without my property now for twenty three (23) days, and that is an injury which every Californian understands, so I demand that I be recompensed for the injuries I have sustained thus far.

Another, perhaps more comfortable way, might be to order all offending agencies and officers to show cause TO THE GRAND JURY, as to what my `crimes' are, and why they should be permitted to keep my car as punishment for said crimes.  You already know how to do that.

I have a right to ask you to exercise your duty in regards to this matter, as fraud is a crime, and perjury of oath of office is a <u>felony</u>.  If you do not step in to correct or prevent this crime, and violate your oath and become a party to a conspiracy, which is actionable under 42 USCA 1986.  Since I consider this letter an exhaustion of my administrative remedies to correct wrong, having written to you twice already in the past month, I would prefer that you interpret this as a moral fulfillment to spiritually enlighten you.

By the way, if the investigation turns up evidence that there is a policy and practice on the part of the City of El Cajon to confiscate property in violation of the United States Constitution, as defined in

7

Monell v Social Services of City of New York,, the entire City Council assumes liability for the act. And if the State of California encourages the City of El Cajon to interpret the California Vehicle Code as anything other than a commercial code, and condones the practice of defining private property automobiles as `vehicles' when automobiles are not `vehicles', the State of California will be accused of violating the 1850 Act of Admissions and the Treaty to Govern the Territories Northwest of the Ohio, and will be ejected from operating within the republic.

Please respond to this matter in the appropriate timely manner, not to exceed ten (10) days.  My property is in jeopardy.

May God bless you,
Sincerely,

Judy Ann; Okimura
General Delivery, Postmaster
El Cajon, California
Non-Domestic

**Judy Ann; Okimura,** *sui juris*
General Delivery, Postmaster, U.S. Mail
El Cajon, California, United States of America

Dated: The first day of the fourth month, in the year of Our Lord
Jesus, the Christ, one thousand nine hundred ninety-six,  A.D.

## Declaration of Expatriation

To: Speaker,  the House of Representatives; and
President Pro Tem, the United States Senate; both,
as representatives, to Congress assembled, for the United
States of America; and, to whomever may be concerned:

### Please note carefully:

This is My formal, constructive, and actual Notice, to all, that I have this date,
expatriated Myself, from any allegiance to, or within, the UNITED STATES, which
is My *"natural and inherent right"*, as an *"American Citizen"*, conforming  to *"the
fundamental principles of this government"*, as is stated in 15 Stat. L. 249, Preamble &
Section 1 (July 27, 1968); and,

### Further note carefully:

This Notice shall be the only notice presented the UNITED STATES, and will it not be
distributed any other embassy, office, agency or department, of the UNITED STATES, or
the United States of America, except upon a formal written request, bearing an original
signature.

All My rights are reserved, and none waived, without the UNITED STATES; and, with
protection of the: Constitution for the united States of  America (1787) and the
Constitution of California (1849).

Judy Ann; Okimura, sui juris

Witness: _____ Deuteronomy 19:15.

Witness: _____ Deuteronomy 19:15

Witness: _____, Deuteronomy 19:15

Note:   This Notice shall be considered accepted, within the *"doctrine of estoppel by acquiescence"*, 30
days from the date of the presentation, of this notice, by U. S. Mail.

**Ricki Lynn; Bender,**

*sui juris (Lat.: "of his own right"), nunc pro tunc (Lat.: "now for then"),*
General Delivery, Postmaster, U.S. Mail
El Cajon, California, United States of America

Dated:  The first day of the sixth month, in the year of Our Lord Jesus, the Christ, one thousand nine
hundred ninety-six, A.D., at El Cajon, within San Diego county, California state, U.S.A.

## Declaration of Expatriation

To:  Speaker, the House of Representatives and President Pro Tem, the United States Senate; both as
representatives, to Congress assembled, for the United States of America  (and, to whomever it
may concerned), both located at Washington, D.C, United States of America..

### Please note carefully:

This is My formal, constructive, and actual Notice, to all, that I have this date, expatriated Myself, from any
allegiance to, or within, the UNITED STATES, which is My *"natural and inherent right"*, as an
*"American Citizen"*, conforming to *"the fundamental principles of this government"*, as is stated in **15
Stat. L. 249,** Preamble & Section 1 (July 27, 1968); and,

### Further note carefully:

This Notice shall be the only notice presented the UNITED STATES, and will it not be distributed any other
embassy, office, agency or department, of the UNITED STATES, or the United States of America, except
upon a formal written request, bearing an original signature.

### Asservation

All My rights are reserved, and none waived, without the UNITED STATES; and, with protection of the:
Constitution for the united States of America (1787) and the Constitution of California (1849):

Executed at El Cajon, within San Diego county, California state, United States of America, on the first day
of the sixth month, in the year of Our Lord Jesus, the Christ, one thousand nine hundred ninety-six, A.D.

Ricki Lynn; Bender, *sui juris (Lat.: "of his own right")*

Witness: _____, Deuteronomy 19:15.

Witness: _____, Deuteronomy 19:15.

Witness: _____, Deuteronomy 19:15.

**Note:**   This **Notice** shall be considered **accepted**, within the *"doctrine of estoppel by acquiescence"*,
thirty days from the date of the presentation of this Notice, by U. S. Mail.

Judy Ann; Okimura and Ricki Lynn; Bender
General Delivery, Postmaster, U.S. Mail
El Cajon, California
Non-Domestic

October 2, 1996

Sally Reed
DIRECTOR
DEPARTMENT OF MOTOR VEHICLES
PO Box 932317
Sacramento, CA 94232-3170

Ron Fionca
MANAGER, LIEN SALE SECTION
DEPARTMENT OF MOTOR VEHICLES
PO Box 932317
Sacramento, CA 94232-3170

Declaration of Opposition

Dear Ms. Reed and Mr. Fionca:

I desire to contest the claim of the lien holder named for My vehicle, 1985 Volkswagen Quantum, VIN # WVWFBO326FE044338, which was unlawfully seized by several parties without due process of the law. An administrative hearing was held in reference to the vehicle, wherein a partial list of questions was given to the officers at the hearing. The partial list of question requires for the officers to answer questions demanded; however, many questions received the response, "Irrelevant, next question..." See Exhibit A.

On August 26, 1996 a Notice of Fraud, Exhibit B, was served upon several different parties. Please also be informed that I am expatiated from the UNITED STATES OF AMERICA, see Exhibit C.

This letter and notice is in regards to the matter of the confiscation of my private property, which was taken without due process, which makes whatever ordinance, statute, or law officers of the El Cajon Police Department claim they followed, repugnant to the Constitution, as well as the law of the State of California. It does not take a rocket scientist to understand the simple language of California Vehicle Code 22850.3 (a), which states:

> "C.V.C. § 22850.3 (a) - A vehicle placed in storage may be released to the owner or person in control of the vehicle only in the owner or person furnishes to the law enforcement agency or employee who placed the vehicle in storage, satisfactory proof of current vehicle registration. In lieu of obtaining proof of current registration, the agency which caused the vehicle to be stored may, in its discretion, issue a notice to appear for the registration violation."

I will hold each of you, individually liable for damages under title 42 USCA 1986, 1985 and 1983 should you continue the fraud and further cause me injury.

Be advised, that I do, in fact, contest the action of a lien sale on the above referenced vehicle.

## VERIFICATION

1)      All right reserved to the undersigned without prejudice pursuant to the 9th Amendment to the U.S. Constitution and Article 1.21 of the 1849 California Constitution.  This verification meets the rules of sufficiency of the California Penal Code for complaint purposes pursuant to the following rule:

C.P.C. 119; "Oath defined:  the term `oath' as used in the last two sections, includes an affirmation and every other mode authorized by law of attesting the truth of the which is stated;" (1872)

2)      The undersigned, pursuant to <u>Gordon v. Idaho</u> (1985) (9th cir) 788 F. 2Nd, 1397; and pursuant to my truly and sincerely held religious beliefs at Matthew 5:33-37 and James 5:12 in the exercise of the rights guaranteed under the establishment and free exercise clause of Amendment (1) to the U.S. Const; (<u>U.S. Vs. Seeger</u>, 380 U.S. 184 , 85 S.Ct.  863) and in compliance with U.S. 96 Stat 1211; the undersigned may make no "<u>unqualified</u>" oath or affirmation pursuant to C.P.C 125.

"AGAIN, YOU HAVE HEARD THAT IT HAS BEEN SAID BY THEM OF OLD TIME, YOU SHALL NOT FORSWEAR by YOUR own SELF; BUT SHALL instead PERFORM UNTO LORD all YOUR OATHS; BUT I SAY UNTO YOU, SWEAR NOT AT ALL; NEITHER swear BY HEAVEN; FOR IT IS the universe SOVEREIGN'S THRONE; NOR swear you BY THE EARTH; FOR IT IS HIS FOOTSTOOL; NEITHER swear you BY THE CITY OF THE GREAT KING Emmanuwel Mashiyach Melchizedek; And NEITHER SHALL YOU SWEAR BY YOUR own HEAD; BECAUSE YOU CAN NOT naturally MAKE ONE HAIR to be either WHITE OR BLACK.  BUT rather LET YOUR COMMUNICATION BE YEA, YEA, NAY, NAY; <u>FOR WHATSOEVER IS MORE THAN THESE COMES OF EVIL</u>."  (MAT. 5:33-37)

"BUT ABOVE ALL other THINGS, MY BRETHREN; SWEAR NOT all or under any circumstances; NEITHER swear you BY HEAVEN; NEITHER swear you BY THE EARTH; NEITHER swear you BY ANY OTHER form  of OATH; BUT like the congress of the united states; Simply LET YOU YEA BE YEA; AND YOUR NAY be NAY; LEST YOU FALL INTO CONDEMNATION." (JAMES 5:12)

C.P.C. 125:  "<u>UNQUALIFIED STATEMENT </u>OF THAT NOT KNOWN TO BE TRUE; STATEMENT OF THAT WHICH ONE DOES NOT KNOW TO BE TRUE; AN "<u>UNQUALIFIED</u>" STATEMENT OF THAT WHICH ONE DOES NOT KNOW TO BE TRUE IS EQUIVALENT TO A STATEMENT OF THAT WHICH ONE KNOWS TO BE FALSE."  (1872)

THE BELOW IS CITED FROM THE SYLLABUS IN <u>Gordon v Idaho</u> (1985) (9th Cir.) 778 F. 2nd, 1397

"4) IN LIGHT OF PLAINTIFF'S RELIGIOUS OBJECTION TO TAKING OATH OR USING WORD "AFFIRMATION," DISTRICT COURT ABUSED ITS DISCRETION IS INSISTING THAT PLAINTIFF USE EITHER WORD "SWEAR" OR "AFFIRM" AND IN DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO COMPLY WITH DISCOVERY ORDER DIRECTING HIM TO TAKE OATH OR MAKE AFFIRMATION.  FED. RULE CIV. PROC. RULES 30 (c), 37 (b) (2) (C), 43(d), 28 U.S.C.A.; FED RULES EVID. RULE 603, 28 U.S.C.A; U.S.C.A CONST. AMEND 1.

"5) FIRST AMENDMENT [U.S.C.A. CONST. AMEND. 1] GUARANTEE OF FREE EXERCISE OF RELIGION REQUIRES THAT OUR PROCEDURAL RULES BE INTERPRETED FLEXIBLY TO PROTECT SINCERELY HELD RELIGIOUS BELIEFS AND PRACTICES."

3)      I declare that my testimony regarding the above matters will be under penalty of perjury, and further I am aware that the penalty for perjury is imprisonment in the state prison for not less than one year nor more than fourteen years.  That notwithstanding;

Pursuant to C.P.C. 125 under a "Qualified Statement"; pursuant to James 5:12; I declare that the forgoing is true and correct except as to those matters which I hold on information and belief; and as to those matters I believe them to be true.

May God bless you,
Sincerely,

_____ , SEAL
Judy Ann; Okimura: In her proper Article 4.2.1. person status as a Citizen of the great independent sovereign nation, state and republic of California under Government Code Section 100.

_____ , SEAL
Ricki Lynn; Bender: In his proper Article 4.2.1. person status as a Citizen of the great independent sovereign nation, state and republic of California under Government Code Section 100.

Judy Ann; Okimura and Ricki Lynn; Bender
General Delivery, Postmaster
El Cajon, California
Non-Domestic

3

Rich Lynn; Bender
Judy Ann; Okimura
General Delivery, Postmaster
El Cajon, California

LT. FRED MORRISON
EL CAJON POLICE DEPARTMENT
RE:     ADMINISTRATIVE HEARING SET FOR (8/7/96) WEDNESDAY AT 4:00 P.M.

### PARTIAL LIST OF QUESTIONS

1.      Do you have any reason to believe I am a resident of the State of California?

2.      If yes to # 1, what is the reason you believe I am a resident of the State of California?

3.      If no to # 1, why was I stopped?

4.      Do you have any evidence which proves I am a resident of the State of California?

5.      If yes to # 4, what is the evidence?

6.      If no to # 4, why did you impound my car?

7.      If yes to # 4, please produce that evidence at the hearing.

8.      Did the officer (Rich Agundez, Badge Number 33) stop me in the State of California?

9.      Did the officer (Rich Agundez, Badge Number 33) stop me in the republic of California?

10.     How do you determine whether I was stopped in the state of California or the republic of California?

11.     What is the crime against the State, with which I am charged?

12.     Who is the injured party?

13.     Would Officers Agundez, Michel, Gentry, Morrison, Braddock arrest a party who attempted suicide?

14.     If yes to # 13 above, with what would the suicidal party be charged?

15.     If yes to #13 above, who would sing the complaint as the injured party?

16.     Do Officer Agundez, Michel, Gentry, Morrison, Braddock have an oath of office on file?

17.     If yes to # 16, where is this oath filed?

18.     Did Officers Agundez, Michel, Gentry, Morrison, Braddock swear an oath to uphold the United States Constitution, i.e., the federal constitution?

19.     If yes to # 18, does Constitutional law supersede State laws as regards to the taking of property without due process?

20.     Did Officers Agundez, Michel, Gentry, Morrison, Braddock swear an oath to uphold the California Constitution?

21.     If yes to # 20 above, was the constitution they swore to the 1849 constitution which permitted California to be admitted into the union in 1850?

22.     If yes to  # 21, please cite the authority in the 1849 Constitution which supports the confiscation of my car.

23.     If no to # 21, which constitution did they swear an oath to?

24.     Would Officers Agundez, Michel, Gentry, Morrison, Braddock have any objection to reaffirming their oaths of office for purposes of sustaining the confiscation of my car?

25.     Would Officers Agundez, Michel, Gentry, Morrison, Braddock have any objection to reaffirming their oaths of office for purposes of sustaining  the charges of no seat belt and no registration against me?

26.     If yes to # 25 above, please have Officers Agundez, Michel, Gentry, Morrison, Braddock at the scheduled Administrative hearing so I can present them with a reaffirmation of oath of office to sign.

27.     If no to # 25 above, please have each officer submit a written explanation of the reason for deciding to NOT reaffirm their oaths of office, and deliver it to me at the hearing.

AO 440 (Rev 5/85) Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Judy Ann; Okimura and Ricki Lynn; Bender
Citizenz In Party/Plaintiffs
Fourth Judicial District
General Delivery
El Cajon, California

### SUMMONS IN A CIVIL ACTION

**vs**

RICHARD AGUNDEZ, TOM MICHEL, G. GENTRY,
FRED MORRISON, TERRY BROADDOCK, ROBERT
MOREAU, BOB BEEMAN, JOAN SHOEMAKER, DICK
RAMOS, TODD KEEGAN, MARK LEWIS, BOB MC
CLELLAN, GALE L. ACKER, DUNCAN HUNTER,
LARRY BRAINARD, GARY S. BLOCK, SALLY REED,
AND RON FIONCA

DOES # 11 - 99

Case No.  '96 17 85  K LSP

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Judy Ann; Okimura and Ricki Lynn; Bender
Citizens In Party/Plaintiffs
General Delivery
El Cajon, California

An answer to the complaint which is herewith served upon you, within _20_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| Roberta Westdal | OCT 1 5 1996 |
|---|---|
| CLERK | DATE |
| PATRICIA L. ALBERDA | |
| BY DEPUTY CLERK | |

AO 440 (Rev 5/85) Summons in a Civil Action

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

Judy Ann; Okimura
Ricki Lynn; Benda
Citizens In Party /Plaintiffs
General Delivery
El Cajon, California

## DEFENDANTS

Richard Agundez, Tom michel, G. Gentry,
Fred Morrison, Terry Broaddock, Robert
Morean, Bob Beeman, Joan Shoemaker,
Dick Ramos, Todd Keegan, Mark Lewis,
Bob McClellan, Gale L. Acker, Duncan Hunter
Larry Brainard, Gary L. Block, Sally Reed
and Ron Fronce

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Judy Ann; Okimura
General Delivery
El Cajon, California

ATTORNEYS (IF KNOWN)

'96 1785 K LSP

## II. BASIS OF JURISDICTION (PLACE AN × IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Violation of Civil Rights, Taking of Property
w/o Due Process.

FILED
OCT 15 1996
U.S. DISTRICT OF CALIFORNIA
SOUTHERN DISTRICT OF CA

## V. NATURE OF SUIT (PLACE AN × IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Med Malpractice | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury— Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth In Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

## VI. ORIGIN (PLACE AN × IN ONE BOX ONLY)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____ DOCKET NUMBER _____

DATE 10/15/96

SIGNATURE OF ATTORNEY OF RECORD  Judy Ann; O

UNITED STATES DISTRICT COURT